**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **GARY THOMAS, ID # 21154-086,** | ) | |
| Movant, | ) | |
| vs. | ) | No. 3:08-CV-0031-N |
| | ) | No. 3:03-CR-0188-N (23) |
| **UNITED STATES OF AMERICA,** | ) | |
| Respondent. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and the objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation, the Court **DENIES** movant's request for evidentiary hearing. By separate judgment, the Court will formally deny movant's motion to vacate consistent with the Findings, Conclusions, and Recommendation entered in this case.

**SIGNED October 5, 2009.**

_____
**David C. Godbey**
**United States District Judge**